# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET KRAUSS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:11-cv-01102-LJO-SKO<br><br>**ORDER GRANTING EXTENSION OF TIME AND MODIFYING SCHEDULING ORDER**<br><br>(Doc. 15) |

On March 15, 2012, Defendant filed a stipulated request for an extension of time to file a responsive brief. (Doc. 15.) Defendant indicates that an extension is needed to allow the parties to discuss the possibility of settlement. The Court GRANTS the parties' request.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's responsive brief shall be filed **on or before April 16, 2012**; and
2. Plaintiff may file a reply brief **on or before May 1, 2012**.

IT IS SO ORDERED.

**Dated:   March 15, 2012**　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE