BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone:  (415) 977-8975
    Facsimile:  (415) 744-0134
    E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JANET KRAUSS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:11-CV-01102-LJO-SKO<br><br>STIPULATION AND PROPOSED ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

    Remand is needed for the Administrative Law Judge (ALJ) to assess the claimant's mental impairment.  Upon remand, the Appeals Council will remand the case to an ALJ to assess the severity of the mental impairment; reevaluate step three of the sequential evaluation should this impairment be found severe; reevaluate the claimant's residual functional capacity assessment; and reassess steps four

and five with the assistance of a vocational expert, if necessary.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: April 18, 2012          */s/ Sengthiene Bosavanh*
                               (As authorized via e-mail)
                               SENGTHIENE BOSAVANH
                               Attorney for Plaintiff

Dated: April 16, 2012          BENJAMIN B. WAGNER
                               United States Attorney

                               */s/ Brenda M. Pullin*
                               BRENDA M. PULLIN
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

IT IS SO ORDERED.

**Dated:   April 19, 2012**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE