BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JANET KRAUSS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:11-CV-01102-LJO-SKO<br><br>STIPULATION AND ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d)) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND NINE HUNDRED DOLLARS AND 00 CENTS ($4,900.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

1    After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will
2 consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant
3 to Astrue v. Ratliff, 130 S.Ct. 2521, 2010 WL 2346547 (U.S. June 14, 2010), the ability to honor the
4 assignment will depend on whether the fees and expenses are subject to any offset allowed under the
5 United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses
6 is entered, the government will determine whether they are subject to any offset.

7    Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury
8 determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of
9 fees and expenses to be made directly to attorney Sengthiene Bosavanh, pursuant to the assignment
10 executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

11    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees
12 and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.
13 Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims
14 that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in
15 connection with this action.

16    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act
17 attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: November 14, 2012          */s/ Sengthiene Bosavanh*
                                  (As authorized via e-mail)
                                  SENGTHIENE BOSAVANH
                                  Attorney for Plaintiff

Dated: November 14, 2012          BENJAMIN B. WAGNER
                                  United States Attorney

                                  */s/ Brenda M. Pullin*
                                  BRENDA M. PULLIN
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ORDER</u>

This Court enters this Order on the parties' stipulation.

IT IS SO ORDERED.

**Dated:**   **November 16, 2012**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE